UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Heriberto Maldonado-Navarro</u>,
    Petitioner

        v.                                    Case No. 10-cv-314-SM

<u>United States of America</u>,
    Respondent

O R D E R

The court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealability. <u>See</u>, 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Sections 2254 and 2255; First Cir. LR 22.0.

SO ORDERED.

August 6, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:    Heriberto Maldonado-Navarro, pro se
       Aixa Maldondo-Quinones, AUSA